

# Legítima Defensa PR, LLC

799 Ave. De Diego Caparra Terrace San Juan PR 00921
Tel. (787) 400-3317
sandoval@legitimadefensapr.com

OAL29ABR2026AM9:32



**28 de abril de 2026**
**April 28, 2026**

A:  Joseph González
    Superintendente de la Policía de Puerto Rico
CC: Oficina de Asuntos Legales

**Asunto: Requerimiento formal de devolución inmediata de licencia de armas, armas de fuego y municiones – Eduardo Meléndez Velázquez, Licencia núm. 54076, Caso JVI2025G0016, sobre legítima defensa, absuelto por el Tribunal Superior de Ponce**

*A:   Joseph Gonzalez*
    *Superintendent of the Puerto Rico Police Department*
*CC: Office of Legal Affairs*

**Subject: Formal demand for immediate return firearms license, firearms, and ammunition Belonging to Eduardo Melendez Velazquez, License number 54076, case JVI2025G0016, Self-defense case acquitted by the Superior Court of Ponce**

Estimado Superintendente:
*Dear Superintendent:*

Por medio de la presente y en representación legal de don Eduardo Meléndez Velázquez, se le requiere formalmente la restitución de sus derechos fundamentales y devolución inmediata de su licencia de armas, así como de todas las armas de fuego y municiones que le fueron ocupadas, en el mismo estado y condiciones en que fueron recibidas.

*By means of this letter, and in legal representation of Mr. Eduardo Meléndez Velázquez, you are hereby formally required to restore his fundamental rights and to immediately return his firearms license, as well as all firearms and ammunition that were seized from him, in the same condition in which they were received.*

El Tribunal Superior de Ponce emitió una determinación final, firme e inapelable estableciendo que las actuaciones de mi representado estuvieron plenamente justificadas bajo el Artículo 25 del Código Penal de Puerto Rico, al haber actuado ante un peligro real e inminente para su vida. En consecuencia, su conducta no constituye delito alguno.

*The Superior Court of Ponce issued a final, firm, and unappealable determination establishing that my client's actions were fully justified under Article 25 of the Puerto Rico Penal Code, as he acted in response to a real and imminent threat to his life. Consequently, his conduct does not constitute any criminal offense.*

En virtud de dicha determinación, la retención continua de su licencia, armas y municiones carece de base legal, es jurídicamente insostenible y constituye una privación continua de derechos fundamentales sin debido proceso de ley, en violación de la Constitución de los Estados Unidos y la Constitución de Puerto Rico.

*By virtue of said determination, the continued retention of his license, firearms, and ammunition lacks any legal basis, is legally indefensible, and constitutes an ongoing deprivation of fundamental rights without due process of law, in violation of the Constitution of the United States and the Constitution of Puerto Rico.*

El derecho a tener y portar armas para fines de legítima defensa es un derecho fundamental protegido por la Segunda Enmienda de la Constitución de los Estados Unidos, aplicable a Puerto Rico mediante la Decimocuarta Enmienda, según reconocido en *District of Columbia v. Heller, McDonald v. Chicago* y *New York State Rifle & Pistol Association v. Bruen.* Dicho derecho no puede ser restringido arbitrariamente a ciudadanos respetuosos de la ley que no han sido convictos de delito descalificante.

*The right to keep and bear arms for purposes of self-defense is a fundamental right protected by the Second Amendment of the United States Constitution, applicable to Puerto Rico through the Fourteenth Amendment, as recognized in District of Columbia v. Heller, McDonald v. Chicago, and New York State Rifle & Pistol Association v. Bruen. Such right cannot be arbitrarily restricted for law-abiding citizens who have not been convicted of disqualifying offenses.*

En virtud de la sentencia final, firme e inapelable emitida por el Tribunal Superior de Ponce, la retención continua por parte de la Policía de Puerto Rico constituye una privación bajo color de ley que expone tanto a la agencia como a los funcionarios responsables en su carácter personal a responsabilidad civil bajo 42 U.S.C. § 1983, incluyendo daños compensatorios, daños punitivos y el pago de honorarios de abogado conforme a 42 U.S.C. § 1988. Cada día adicional de retención indebida constituye una violación independiente y acumulativa de derechos constitucionales.

*In light of the final, binding, and unappealable judgment issued by the Superior Court of Ponce, the continued retention by the Puerto Rico Police Department constitutes a deprivation under color of law, exposing both the agency and responsible officials in their personal capacities to civil liability under 42 U.S.C. § 1983, including compensatory damages, punitive damages, and attorney's fees pursuant to 42 U.S.C. § 1988. Each additional day of unlawful retention constitutes a separate and cumulative constitutional violation.*

**Requerimiento:**

Se les requiere que, en un término no mayor de diez (10) días laborables contados a partir de la recepción de esta comunicación, procedan a:

• Devolver la licencia de armas de mi representado en pleno vigor.

• Devolver todas las armas de fuego y municiones ocupadas, en las mismas condiciones en que fueron recibidas, sin costo alguno.

• Confirmar por escrito la devolución y el restablecimiento de todos sus derechos relacionados.

*Demand:*

*You are hereby required, within no more than ten (10) business days from receipt of this communication, to:*

• *Return my client's firearms license in full force.*

• *Return all seized firearms and ammunition in the same condition as received, at no cost.*

• *Provide written confirmation of the return and full restoration of all related rights.*

El incumplimiento dentro del término concedido dará lugar, sin ulterior aviso, a la radicación inmediata de las acciones correspondientes en el foro federal para la protección de los derechos constitucionales de mi representado.

*Failure to comply within the granted term will result, without further notice, in the immediate filing of the appropriate actions in federal court for the protection of my client's constitutional rights.*

Atentamente,
Sincerely,

Lcdo. Osvaldo Sandoval Báez